UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RYAN WATSON, acting on behalf
of minor children, G.L.W. and B.V.W.,

    Plaintiff,
v.                                          Case No. 8:22-cv-2613-WFJ-TGW

DANUTA WATSON,

    Defendant.
_____/

## ORDER DIRECTING CLERK TO RECEIVE SURRENDERED PASSPORT AND BIRTH CERTIFICATE

At the hearing held today, and pursuant to this Court's order of November 16, 2022, at docket 8, the minor child, G.L.W., United States passport number 538191490 and birth certificate, State of Florida, were surrendered to the Court. At the hearing, the Court ordered Defendant not to remove the minor children from the Middle District of Florida, and if Defendant does so, the Court will find Defendant in contempt of Court. The Canadian passports of Defendant Danuta Watson and the minor child B.V.W are secured by defense counsel Mr. Robbins as the trustee.

The Clerk of Court is hereby directed to accept and keep the surrendered passport and birth certificate of G.L.W. until further order of this Court.

**DONE AND ORDERED** at Tampa, Florida, on December 14, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of record